

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00535-CV

Fernando **ARIAS**,
Appellant

v.

Erica Jo **ARIAS**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04141
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Erica Jo Arias recover her costs of this appeal, if any, from appellant Fernando Arias.

SIGNED October 9, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice